IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | | |
|---|---|---|
| JIMMY D. SETTLE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 12-CV-02757 |
| | ) | |
| PIONEER CREDIT | ) | |
| RECOVERY, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Jimmy D. Settle, and the Defendant, Pioneer Credit Recovery, Inc. hereby stipulate to the dismissal of the above-styled case and any claims that were raised, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: 1-9-13

By: _____
Jimmy D. Settle
3125 West 44th Terrace
Kansas City, Kansas 66207
Telephone: (913) 384-1266
Email: stiffer9999@hotmail.com
PLAINTIFF PRO SE

Dated: 1/9/13

By: /s/ Rachel B. Ommerman
Rachel B. Ommerman, #21868
Berman & Rabin, P.A.
15280 Metcalf Avene
Overland Park, KS 66223
Telephone:   (913) 649-1555
Fax:         (913) 652-9474
Email: rommerman@bermanrabin.com
ATTORNEY FOR DEFENDANT