IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS
AT KANSAS CITY

| | |
|---|---|
| JIMMY D. SETTLE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 12-CV-02757 |
| | ) |
| PIONEER CREDIT | ) |
| RECOVERY, INC., et al., | ) |
| | ) |
| Defendants. | ) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Plaintiff, Jimmy D. Settle, and the Defendants Pioneer Credit Recovery, Inc., Ashley B., Stephen Doe, Dannie Doe, Sam Doe, Dana Doe, Karen Doe, Ashley S., Ashley M., and Joey Kitiaf, hereby stipulate to the dismissal of the above-styled case and any claims that were raised, with prejudice, each side to bear its own costs and attorneys fees.

Respectfully submitted,

Dated: 1/10/13

By: *Jimmy D. Settle*
Jimmy D. Settle
3125 West 44th Terrace
Kansas City, Kansas 66207
Telephone: (913) 384-1266
Email: stiffer9999@hotmail.com
PLAINTIFF PRO SE

Dated: 1/10/13

By: /s/ Rachel B. Ommerman
Rachel B. Ommerman, #21868
Berman & Rabin, P.A.
15280 Metcalf Avenue
Overland Park, KS 66223